IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRIS ISENGARD,

    Plaintiff,

vs.                                                  No. CIV 08-0300 JB/RLP

NEW MEXICO PUBLIC EDUCATION
DEPARTMENT, DIVISION OF VOCATIONAL
REHABILITATION, GARY BEENE,
CELESTINO JARAMILLO, and GARY
CORDOVA, in their individual capacities,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the parties' joint request before the Court on November 20, 2009 to lift the stay of discovery that was put in place pending the resolution of Defendant Gary Beene's motion for partial summary judgment based on qualified immunity. The Court, having rendered a decision on the motion in its Memorandum Opinion and Order, filed September 30, 2009 (Doc. 98), finds the parties' request well-taken and will lift the stay of discovery.

**IT IS ORDERED** that the stay of discovery in this matter is lifted.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel*:

Maureen A. Sanders
Duff H. Westbrook
Sanders & Westbrook, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Mark T. Baker
Long Pound & Komer. P.A.
Santa Fe, New Mexico

 -- and --

John S. Stiff
Ann L. Keith
John S. Stiff & Associates, LLC
Albuquerque, New Mexico

>    *Attorneys for Defendants New Mexico Public
>       Education Department, Division of Vocational
>       Rehabilitation, Gary Beene, and Celestino Jaramillo*

John S. Stiff
Ann L. Keith
John S. Stiff & Associates, LLC
Albuquerque, New Mexico

>    *Attorneys for the Defendant Gary Cordova*